UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
C. LEONARD GORDON, MARGOT GORDON,
and STEVEN J. EVANS,

                      Plaintiffs,                    13 **CIVIL** 5105 (AT)

         -against-                              **JUDGMENT**

RAMOT-AT-TEL-AVIV-UNIVERSITY,
ZE'EV WEINFELD, GIORA YARON, ZVI
GALIL, and GIDEON SCHICHMAN,

                      Defendants.
-------------------------------------------------------------X

      Whereas Defendant Ramot-at-Tel-Aviv-University having moved to dismiss the complaint (Doc. # 20) on October 15, 2013, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, thereafter, having issued its Order (Doc. # 41) on April 8, 2014, granting Defendant's motion to dismiss, and directing the Clerk of Court to close the case, it is:

      **ORDERED, ADJUDGED AND DECREED:** that for the reasons stated in the Court's Order, dated April 8, 2014, Defendant's motion to dismiss is GRANTED on the ground of forum non conveniens; the Court does not reach the additional grounds for dismissal cited by Defendant; and although the 120-day deadline for service has elapsed, the complaint is DISMISSED as to all defendants for forum non conveniens, rather than pursuant to Federal Rule of Civil Procedure 4(m); accordingly, the case is closed.

**DATED:**  New York, New York
            April 9, 2014

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                 **BY:**

                                                             **Deputy Clerk**