USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C. LEONARD GORDON, MARGOT GORDON and

STEVEN J. EVANS

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

13 ____ Civ. 5105 ____ (AT_) (___)

- against -

RAMOT-AT-TEL-AVIV-UNIVERSITY, ZE'EV WEINFELD,

GLORIA YARON, ZVI GALIL, and GIDEON SCHICHMAN

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Plaintiffs C. Leonard Gordon, Margot Gordon, Steven J. Evans
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

dismissing the above captioned complaint on the grounds of forum non conveniens.

*(describe the judgment)*

USDC Filed 4/8/2014

entered in this action on the 9th ____ day of April ____, 2014 ____
 *(date)*          *(month)*      *(year)*

Signature

1400 Fifth Avenue
*Address*

New York, New York 10026
*City, State & Zip Code*

DATED: May 5, 2014 ____ ____, 20___

(917 ) 538 - 1173
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev 05/2007*