USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C. Leonard Gordon and Margot Gordon
(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 cv 505 ( )( )

~~AMENDED~~
~~MOTION FOR EXTENSION~~
~~OF TIME TO FILE~~ NOTICE OF APPEAL

-against-

Ramot at Tel Aviv University
Z. Weinfeld, Z. Galil and G. Schichman
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 5/14/14 (date) but did not file a notice of appearance within the required time period because:

I did file on time for C. Leonard ~~Gordon~~ GORDON, (MYSELF) BUT ~~DID NOT~~ DID NOT INCLUDE THE SIGNATURE OF MY WIFE MARGOT. DR. EVANS IS OUT OF THE COUNTRY ON BUSINESS
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

5/12/14
Dated:

Margot Gordon
C Leonard Gordon
Signature

GORDON CHARLES LEONARD
Name (Last, First, MI)

1400 Fifth Ave.     NY       NY       10026
Address             City     State    Zip Code

917 538 1173                LEONARD.GORDON@ALTHERA MEDICAL.COM
Telephone Number            E-mail Address (if available)
                            (ALTHERA)

12/23/13