Torres, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C. LEONARD GORDON, MARGOT        X
GORDON, and STEVEN J. EVANS,

                Plaintiffs,

v.

RAMOT-AT-TEL-AVIV-UNIVERSITY,
ZE'EV WEINFELD, GIORA YARON, ZVI
GALIL, and GIDEON SCHICHMAN,

                Defendants.
                              X

Case No. 13-CIV 5105 (AT)

## STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties listed below that this case is dismissed with prejudice, with each party to bear its own costs and fees.

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _/s/ Joshua S. Androphy_
Joshua S. Androphy
60 East 42nd Street, Suite 2020
New York, New York 10165
(212) 317-1200 (phone)
(212) 317-1620 (fax)
jandrophy@faillacelaw.com

TROUTMAN SANDERS LLP

By: _/s/ Aurora Cassirer_
Aurora Cassirer
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000 (phone)
(212) 704-5900 (fax)
aurora.cassirer@troutmansanders.com

SO ORDERED:

Dated: August 12, 2014
       New York, NY

_____
ANALISA TORRES
United States District Judge